IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.   Case No. 13-CV-273

ROOFING SPECIALIST, LLC,

Defendant.

---

**CONSENT JUDGMENT**

---

The complaint having been filed in this action on April 24, 2013, and the plaintiff and defendant having consented to the entry of this judgment,

NOW, THEREFORE, before the taking of any testimony, on the pleadings and without further adjudication of any issues of fact or law in this action and upon consent and agreement of the parties to this judgment,

IT IS ORDERED, ADJUDGED AND DECREED that:

1. This court has jurisdiction of the subject matter of this action. The complaint states a claim upon which relief may be granted under 28 U.S.C. § 1345;

2. The defendant, Roofing Specialist, LLC, is a business residing in Sun Prairie, Wisconsin, within the Western District of Wisconsin;

3. The defendant, Roofing Specialist, LLC, hereby agrees to the entry of a consent judgment in the principal amount of $26,846.22, plus interest thereon at the

legal rate from the date of this judgment until paid in full, costs pursuant to 28 U.S.C § 1920, including a $350.00 civil filing fee, and $139.38 Marshal service fee;

4. This judgment shall be recorded among the records of the circuit court in the county of residence of the defendant and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property;

5. The defendant shall submit financial data to the plaintiff, upon request, as long as this judgment remains unsatisfied; and

6. All present and future costs and disbursements incurred in association with judgment satisfaction shall be paid by the defendant.

Dated this 5th day of August, 2013.

BY THE COURT:

WILLIAM M. CONLEY
United States District Judge

The foregoing consent judgment form was prepared by Assistant United States Attorney Heidi L. Luehring acting solely on behalf of the United States' interests which are adversarial to the defendant's interest. Therefore, the defendant is hereby advised to seek his own legal counsel in order to protect his interest prior to consenting to the entry of this consent judgment.

Without notice, we consent to the entry of the foregoing consent judgment.

07/19/13
Date

X *[signature]*
ROOFING SPECIALIST, LLC
Henry Jazcas

7-23-13
Date

JOHN W. VAUDREUIL
UNITED STATES ATTORNEY

By: *[signature]*

HEIDI L. LUEHRING
Assistant United States Attorney

3